1    Benjamin L. Ratliff, Bar No. 113708

2       THE LAW FIRM OF
        WEAKLEY, RATLIFF,
3       ARENDT & McGUIRE, LLP
        1630 East Shaw Avenue, Suite 176
4         Fresno, California   93710

5        Telephone: (559) 221-5256
         Facsimile:  (559) 221-5262
6
     Attorneys for Defendants
7

8                      IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TY STOREY,                      )    CASE NO.  **CIV-F-O4-6647 OWW SMS**
                                      )
12              Plaintiff,            )
                                      )    **ORDER  OF DISMISSAL**
13              vs.                   )
                                      )
14   CITY OF ATWATER, CITY COUNCIL,   )
     ATWATER POLICE DEPARTMENT,       )
15   AND OFFICER SARGINSON,           )
                                      )
16              Defendant,            )
     ─────────────────────────────── )
17

18
            The court, having reviewed the stipulation of the parties and good cause appearing
19
     therefore, IT IS ORDERED that this matter is dismissed with prejudice. Each party will bear their
20
     own costs and attorney fees.
21

22

23

24

25

26

27

28                              PROOF OF SERVICE

I, the undersigned, hereby certify that I am employed in the County of Fresno, State of California, over the age of eighteen years and not a party to the within action; my business address is 1630 East Shaw Avenue, Suite 176, Fresno, California 93710.

On the date set forth below, I placed in a sealed envelope and served a true copy of the following:

**ORDER OF DISMISSAL**

addressed as follows:

Ty Storey
2464 Wolf Street
Merced, CA 95348
(209) 722-5501

In pro per

☒      BY MAIL      I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited in the ordinary course of business.

I caused each envelope, with postage fully prepaid, to be placed in the United States mail, at Fresno, California.

☐      BY HAND      I hand delivered each envelope to the office listed above.

☐      BY FACSIMILE      I served the above-mentioned document from Facsimile Machine No.: (559)221-5262 to the interested parties at the facsimile numbers listed above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury that the foregoing is true and correct, and that this proof of service was executed at Fresno, California, on June 16, 2006.

/s/ Lisa Piatt
_____
Lisa PiattIT IS SO ORDERED.

**Dated:    June 23, 2006    **          _____
emm0d6                    UNITED STATES DISTRICT JUDGEIT IS SO ORDERED.

**Dated:    June 23, 2006    **          _____**/s/ Oliver W. Wanger**_____
emm0d6                    UNITED STATES DISTRICT JUDGE

2